THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Sharon Brown, Appellant,
 
 
 
 
 

v.

 
 
 
 
 Cherokee County
 School District One, Respondent.
 
 
 
 
 

Appeal From Cherokee County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2011-UP-048
 Submitted January 4, 2011  Filed February
4, 2011    

REVERSED AND REMANDED

 
 
 
 Fletcher N. Smith, Jr., of Greenville, for
 Appellant.
 David T. Duff, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Sharon
 Brown appeals the circuit court's order granting Cherokee County School
 District's (the District's) motion for summary judgment.  The circuit court
 granted the District's motion, finding all of Brown's causes of action were
 barred by the doctrine of res judicata.  We reverse and remand.[1]
In light of our decision in Brown
 v. James, 389 S.C. 41, 697 S.E.2d 604 (Ct. App. 2010), Brown's present
 action is not barred by the doctrine of res judicata because a final judgment
 on the merits does not exist.  See McEachern v. Black, 329 S.C. 642,
 651, 496 S.E.2d 659, 663 (Ct. App. 1998) ("The doctrine requires
 three essential elements: (1) the judgment must be final, valid and on the
 merits; (2) the parties in the subsequent action must be identical to those in
 the first; and (3) the second action must involve matter properly included in
 the first action."); Id. (stating "we need not address the
 other two elements" of res judicata after a determination the first
 element was not met).  
REVERSED AND REMANDED.
THOMAS,
 PIEPER, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.